SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
JONATHAN SEIGEL #168224
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
ASC.100-003S

Attorneys for
Defendants SECOND CHANCE HOME LOANS, LLC and
ALLIED SERVICING CORPORATION

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

MICHAEL B. CORTEZ, an individual; and
ANTOINETTE A. CORTEZ, an individual,

Plaintiffs,

vs.

SECOND CHANCE HOME LOANS, LLC,
a business entity; ALLIED SERVICING
CORPORATION, a business entity; PNC
BANK, NATIONAL ASSOCIATION, a
business entity; and DOES 1-50, inclusive

Defendants.

Case No.: 2:18-cv-01896-WBS-EFB
Honorable William B. Shubb
Courtroom 5, 14th Floor

**DECLARATION OF MELISSA M BOLLING IN SUPPORT OF DEFENDANTS SECOND CHANCE HOME LOANS, LLC'S AND ALLIED SERVICING CORPORATION'S OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER TO ENJOIN THE FORECLOSURE SALE OF PLAINTIFFS' PROPERTY**

I, Melissa M Bolling, declare:

1.   I have personal knowledge of the facts stated herein, am competent to testify thereto, and would so testify if called as a witness.

DECLARATION OF MELISSA M BOLLING IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINITFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER TO ENJOIN THE FORECLOSURE OF PLAINTIFFS' PROPERTY

1

2. I am a President and Loan Servicing Manager for Defendant ALLIED SERVICING CORPORATION ("**ALLIED**").

3. ALLIED is the servicer of the home equity line of credit in the amount of $190,00.00 ("**Loan**") made to Plaintiffs which is secured by real property located at 901 Innisfree Court, Vallejo, CA 94591 ("**Property**").

4. In my capacity as President and Loan Servicing Manager, I am a custodian of records for ALLIED. As part of my responsibilities, I have access to and review records maintained by ALLIED. I am familiar with the business records maintained by ALLIED regarding its loans that it services, as well as the methods and procedures by which ALLIED creates and/or maintains such business records. The information described herein, and referenced below, was found by me in the business records of ALLIED. As a regular practice, ALLIED maintains a computer database of various acts and events connected with the loans serviced by ALLIED, including servicing notes and payment history. These records are made at, or near the time, they are created by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records, and they are kept in the ordinary course of business conducted by ALLIED. It is the regular practice of ALLIED to make these records. I found all of the documents identified below in ALLIED's records.

5. Attached hereto as Exhibit A is a true and correct copy of the Assignment of Deed of Trust dated January 2, 2014 under which the Loan was assigned by USMR Fund 10 LP to Defendant SECOND CHANCE HOME LOAN, LLC.

6. Attached hereto as Exhibit B is a true and correct copy of January 5, 2014 correspondence from ALLIED to Plaintiff Michael P Cortez notifying him that ALLIED was the

1 | new servicer on the Loan and providing information regarding making payments, corresponding with ALLIED, and other matters.

7. Attached hereto as Exhibit C is a true and correct copy of the Notice of Assignment, Sale or Transfer of Servicing Rights provided to Plaintiff Michael P Cortez from US Mortgage Resolution LLC. This document was provided to ALLIED by US Mortgage Resolution LLC.

8. Attached hereto as Exhibit D is a true and correct copy of the August 16, 2016 correspondence from ALLIED to Plaintiffs setting forth the delinquency and payoff amounts.

9. Attached hereto as Exhibit E is a true and correct copy of the December 19, 2016 correspondence from Special Default Services to Plaintiffs advising of the amount of the delinquency, that foreclosure would be initiated in as little as 30 days if a resolution was not reached, listing a number of foreclosure prevention alternatives that might be available, and encouraging Plaintiffs to contact them to discuss these alternatives. Special Default Services provided ALLIED with a copy of this correspondence as is routine. Plaintiffs never responded.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 6, 2018

_____
MELISSA M BOLLING

DECLARATION OF MELISSA M BOLLING IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER TO ENJOIN THE FORECLOSURE OF PLAINTIFFS' PROPERTY

3

# EXHIBIT "A"

Recorded In Official Records, Solano County
Marc C. Tonnesen
Assessor/Recorder

8/09/2016
11:12 AM
AR21
04

P ALLIED SERVICING CORP

| | Doc#: 201600067578 | Titles: 1 | Pages: 1 |
|---|---|---|---|
| Prepared by:<br>US Mortgage Resolution<br>2701 Renaissance Blvd, 4th Fl<br>King of Prussia, PA 19406 | | Fees<br>Taxes<br>Other<br>PAID | 26.00<br>0.00<br>0.00<br>$26.00 |

Return To: *Recording requested by:*
~~Fund SLLC~~
Allied Servicing Corporation
3019 N. Argonne Rd
Spokane Valley, WA 99212

Sheila White

## ASSIGNMENT OF DEED OF TRUST

FOR VALUE RECEIVED, the undersigned hereby grants, assigns and transfers to:

~~Second Chance Home Loans xxxxxxxxxxxxxxxxxxxxxxx~~
1247 Villard St.
Eugene, OR 97403                              SECOND CHANCE HOME LOANS, LLC

all beneficial interest under certain DEED OF TRUST recorded 08/11/2005
and in the original principal amount of 190,000.00
The mortgage is described and identified by following name(s) of the mortgagor(s),

The property's common address is: 901 INNISFREE CT, VALLEJO, CA 94591

MORTGAGOR(S)                    INSTRUMENT NUMBER

**MICHAEL P CORTEZ AND**           200500121872
**ANTOINETTE A CORTEZ**
**HUSBAND AND WIFE**

And recorded on the day of 08/11/05 in the SOLANO, CA county registrar's

together with the note therein described or referred to, the money due and to become due thereon with interest,

**USMR Fund 10 LP**
2701 Renaissance Blvd, 4TH Floor
King of Prussia, PA 19406

By: _____              _____
Thomas D. Dunkel                          witness- Aaron Jones
Title: Managing Member

COMMONWEALTH OF: Pennsylvania
COUNTY OF: Montgomery

On 1/2/2014, before me, Trevor DeHaas Notary Public of the County and State aforesaid, certified that THOMAS D. DUNKEL, MANAGING MEMBER and authorized signor, personally appeared before me this day and acknowledged the execution of the foregoing instrument.

Witness my hand and stamp,

                                           Trevor DeHaas

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
TREVOR DEHAAS
Notary Public
UPPER MERION TWP; MONTGOMERY COUNTY
My Commission Expires Sep 23, 2017

# EXHIBIT "B"


*Allied Servicing Corporation*



January 5, 2014

Michael P Cortez
901 Innisfree Ct
Vallejo CA  94591-3836


RE:   US Mortgage Resolution LLC, Loan No. 4489618290104141
      Allied Servicing Corporation, Loan No. ████9624
      Property: 901 Innisfree Ct, Vallejo CA  94591

Dear Mortgagor:

This letter is to notify you that the servicing of your mortgage loan (without waiving any rights), that is, the right to collect payments from you has been sold, assigned or transferred from US Mortgage Resolution LLC ("USMR"), to Allied Servicing Corporation ("Allied"), effective at the open of business on January 5, 2014.

Please be assured that this does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan. Except in limited circumstances, the law requires that your present servicer send you notice at least 15 days before the effective date of transfer. Your new servicer must send you this notice no later than 15 days after the effective date of transfer.

Your new servicer is Allied Servicing Corporation

The correspondence address for Allied is:
    3019 N Argonne Rd
    Spokane Valley WA  99212

The payment address for Allied is:
    PO Box 13245
    Spokane Valley WA  99213

If you have any questions relating to the transfer of servicing to Allied, please contact our Customer Service Department toll-free at (877) 893-0240 between the hours of 8:30 a.m. and 5:00 p.m. Pacific Time, Monday through Friday.

USMR will stop accepting payments from you at the close of business on January 4, 2014. Allied will start accepting payments from you on January 5, 2014.

**ANY AUTOMATIC PAYMENTS VIA ACH OR CREDIT CARD WILL DISCONTINUE EFFECTIVE JANUARY 4, 2014.**

3019 N Argonne Rd ~ Spokane Valley WA 99212
P: 509-893-0240 ~ F: 509-893-8889
info@allservicing.com



*Allied Servicing Corporation*

If your payment includes premiums for mortgage life, disability or accidental death insurance, Allied will not collect for these. Please contact your agents to make alternative arrangements.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) ({12 USC 2605}):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA ({12 USC 2605}) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within twenty business days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. Not later than sixty (60) business days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this period of sixty business days, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents. A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of the Section. You should seek legal advice if you believe your rights have been violated.

We understand these transfers can be bothersome, but we assure you that we will do whatever it takes to make this transaction smooth. We are looking forward to doing business with you.

Sincerely,
Allied Servicing Corporation

3019 N Argonne Rd ~ Spokane Valley WA 99212
P: 509-893-0240 ~ F: 509-893-8889
info@allservicing.com

# EXHIBIT "C"

MICHAEL P CORTEZ
901 INNISFREE CT
VALLEJO, CA 945913836

### NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING RIGHTS

Dear **MICHAEL P CORTEZ,**

Please be advised that effective **1/5/14**, the beneficial interest and servicing of your mortgage loan with **US Mortgage Resolution LLC** secured by a Deed of Trust/Mortgage on real property located at **901 INNISFREE CT, VALLEJO, CA, 94591**, have been assigned to **Second Chance Home Loans Fund 3 LLC**, serviced by **Allied Servicing Corporation.**

The assignment sale and/or transfer of the servicing of the mortgage loan do not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan. The terms and conditions of your loan will not change and will be honored by **Allied Servicing Corporation**

Except in limited circumstances, the law requires that your present Servicer send you notice of the transfer at least 15 days before the effective date of transfer, or at closing. Your new Servicer must also send you this notice no later than 15 days after the effective date of the transfer or at closing.

Your present Servicer is **US Mortgage Resolution LLC**. If you have any questions relating to the transfer of servicing from your present Servicer, please call them at **877-808-4767** from **M-F 9am-5pm EST**.

Your new Servicer will be **Allied Servicing Corporation** beginning **1/5/14**. You should mail your payments, including all past due payments, to your new Servicer at the address indicated below:

| **Send Payments to:** | **Send Correspondence to:** |
|---|---|
| Allied Servicing Corporation | Allied Servicing Corporation |
| P.O. Box 13245 | P.O. Box 13245 |
| Spokane Valley, WA, 99213-0245 | Spokane Valley, WA, 99213-0245 |
| 877-893-0240 | 877-893-0240 |

If you have any questions concerning the transfer and/or status of your account commencing on or after please contact **US Mortgage Resolution** at **877-808-4767**, between the hours of 9:00 a.m. and 5:00 p.m. (EST), Monday through Friday.

The last date that your present Servicer will accept payments from you is **1/4/2014**. The date that **Allied Servicing Corporation** starts accepting payments from you is **1/5/14**. Send all payments due on or after that date to your new Servicer.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old Servicer before its due date may not be treated by the new loan Servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan Servicer concerning the servicing of your loan, your Servicer must provide you with a written acknowledgment within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the Servicer, which includes your name and account number, and a statement of the reasons for your belief, to the extent applicable, that the account is in error or provides sufficient detail to the Servicer regarding other information you are seeking. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to your new Servicer address above.

Not later than 60 Business Days after receiving your qualified written request, your Servicer must make any appropriate corrections to your account, and/or, must provide you with a written explanation or clarification regarding any dispute. During this 60 business day period, your Servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the Servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where Servicers are shown to have violated the requirements of that section. You should seek legal advice if you believe your rights have been violated.

Finally, if you have been discharged in bankruptcy and have not reaffirmed this obligation, you have no personal liability for this debt. If this is the case, we are entitled to file a foreclosure action against your interest in the above-referenced property, but are not entitled to seek a personal money judgment against you.

Sincerely,

**Loan Servicing Department**
**US Mortgage Resolution**

# EXHIBIT "D"



**Allied Servicing Corporation**

8/16/2016

Michael & Antoinette Cortez
901 INNISFREE CT
VALLEJO CA 94591

Account: ▓▓5973
Property: 901 INNISFREE CT, VALLEJO CA  94591

> If you are having difficulties meeting your monthly obligations, you may contact HUD toll-free at 800-569-4287 or on the web at www.consumerfinance.gov

Dear:  Michael & Antoinette Cortez

This notice is to inform you that your loan is in default for failure to pay the regularly scheduled installments, beginning with the installment due 8/3/2015. Failure to reinstate your loan may result in foreclosure and the loss of your home.  Foreclosure is an expensive process and you will be responsible for any fees incurred.  Contact our office to discuss your repayment options; if you have a payment plan and are performing under that plan you may disregard this notice.

Statement of recent activity:

| Date | IPTD | Amount | Principal | Interest | Escrow | Adv/Fees | Suspense | Late/Chrge | Principal Bal | Note |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/13/2016 | | 173.91 | | | | | | 173.91 | 211,836.29 | Assess Late Charge / LCADD |
| 2/13/2016 | | 173.91 | | | | | | 173.91 | 211,836.29 | Assess Late Charge / LCADD |
| 3/13/2016 | | 173.91 | | | | | | 173.91 | 211,836.29 | Assess Late Charge / LCADD |
| 4/13/2016 | | 173.91 | | | | | | 173.91 | 211,836.29 | Assess Late Charge / LCADD |
| 5/13/2016 | | 173.91 | | | | | | 173.91 | 211,836.29 | Assess Late Charge / LCADD |
| 6/13/2016 | | 173.91 | | | | | | 173.91 | 211,836.29 | Assess Late Charge / LCADD |
| 7/13/2016 | | 173.91 | | | | | | 173.91 | 211,836.29 | Assess Late Charge / LCADD |
| 8/13/2016 | | 173.91 | | | | | | 173.91 | 211,836.29 | Assess Late Charge / LCADD |
| YTD Totals | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |

Please be advised that if you feel overwhelmed by this obligation, Allied Servicing Corporation has a variety of programs available that might help you resolve your default.  Naturally, with the passage of time, your options diminish.  The programs, however, can only help you if you choose to communicate with Allied Servicing Corporation and discuss these options to find out which of them might be appropriate for your circumstances.  Clearly, the only way that they can build your plan is if you motivate yourself to become aware of these options and choose to work with Allied Servicing Corporation.  You may contact Allied Servicing Corporation at (877) 893-0240 to discuss a resolution of your default.

Allied Servicing Corporation
PO Box 13245, Spokane WA  99213
TF: 877-893-0240  Fax: 509-893-8889  email: info@allservicing.com
Open Monday through Friday 7:30 am to 5:00 pm Pacific Time

| Current status of your account.  This is not a payoff or reinstatement quote, if you need a quote please contact our office. | | | |
|---|---|---|---|
| Paid to: | 7/3/2015 | Delinquency Date: | 8/3/2015 |
| Principal Balance: | 211,836.29 | Payment Amount: | 1,739.07 |
| Reserve Balance: | 0.00 | | |
| Advances/Fees: | 0.00 | | |
| Suspense: | 0.00 | | |
| Late Charges: | 5,217.30 | Amount to Reinstate: | 27,825.21 |

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION WILL BE USED FOR THAT PURPOSE.  IF YOU HAVE FILED BANKRUPTCY RECENTLY AND THE CASE IS OPEN/PENDING OR HAVE RECEIVED DISCHARGE IN A BANKRUPTCY THIS NOTICE IS NOT INTENDED AS A COLLECTION NOTICE BUT FOR NOTIFICATION ONLY OF AMOUNTS DUE AND THAT THE PROPERTY MAY BE SUBJECT TO FORECLOSURE AS SECURITY FOR THE DEBT.
Información importante con respecto a tu cuenta, si no entiendes esta letra por favor la tiene traducida.

# EXHIBIT "E"

**Special Default Services, Inc.**
17100 Gillette Ave
Irvine, CA 92614
Office: (844) 706-4182 Fax: (949) 752-7332

## Call Us! Write Us! Email Us!

SPECIAL DEFAULT SERVICES, INC. IS A DEBT COLLECTOR.
ANY INFORMATION PROVIDED WILL BE USED FOR THAT PURPOSE.

---

Trustee Sale No: CA01000342-16                                   Loan No: ▓▓▓5973

## WE WANT YOU TO BE ABLE TO KEEP YOUR HOME!
### We Work For Your Mortgage Company and We Want To Help You

**December 19, 2016**

ANTOINETTE A CORTEZ AND MICHAEL P CORTEZ
901 INNISFREE CT
VALLEJO, CA 94591

In re: **Homeownership Assistance**

Dear ANTOINETTE A CORTEZ AND MICHAEL P CORTEZ,

Please be advised that **Special Default Services, Inc. is working with SECOND CHANCE HOME LOANS LLC** to help you keep your home. We represent your mortgage company and have received a request to commence foreclosure proceedings against your property. Our company and **SECOND CHANCE HOME LOANS LLC** would like to discuss your situation with you to bring your loan current.

**Special Default Services, Inc.** is the original Trustee, duly appointed Substituted Trustee, or acting as Agent for the Trustee or Beneficiary under a Deed of Trust dated as of **August 3, 2005**, executed by **MICHAEL P CORTEZ AND ANTOINETTE A CORTEZ HUSBAND AND WIFE**, as Trustor, to secure obligations in favor of **NATIONAL CITY BANK as Beneficiary**, recorded **August 11, 2005**, as Instrument No. **200500121872** of the official records in the Office of the Recorder of **Solano** County, **California**, as more fully described on said Deed of Trust. Including a Note(s) for the sum of **$190,000.00** that the beneficial interest under said Deed of Trust and the obligations secured thereby are presently held by the Beneficiary; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of:

**THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE ON August 3, 2015 AND ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL AND INTEREST, ALONG WITH LATE CHARGES, PLUS FORECLOSURE COSTS AND LEGAL FEES, IN ADDITION TO ALL OF THE TERMS AND CONDITIONS AS PER THE DEED OF TRUST, PROMISSORY NOTE AND ALL RELATED LOAN DOCUMENTS.**

This amount is **$36,387.13** (not including foreclosure fees and costs) as of **December 19, 2016** and will increase until your account becomes current. This total plus any payments, late charges, fees, insurance advances, or delinquent taxes due must be paid within **30 days** from the date of this notice. Partial payments are not acceptable.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and Deed of Trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the Note and Deed of Trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property

**SECOND CHANCE HOME LOANS LLC would like to avoid acceleration and foreclosure if possible.
Please contact Allied Servicing Corporation at 509-893-0240 to discuss payment options to settle this matter and avoid foreclosure of your home.**

taxes, and hazard insurance premiums.

## HOW CAN YOU KEEP YOUR PROPERTY AND TAKE ADVANTAGE OF THESE ALTERNATIVES TO FORECLOSURE?

Complete the enclosed form and return it in the enclosed self-addressed envelope. You can contact **Special Default Services, Inc.** or **SECOND CHANCE HOME LOANS LLC** to find out if you qualify for one of the enclosed *Alternatives to Foreclosure*.

Please note that the foreclosure action will continue whether or not the form is completed and returned. The foreclosure action will continue unless your lender determines that you are eligible for one of these alternatives and an agreement is signed.

Your failure to cure the default on or before the date specified above may result in acceleration of the sums secured by said Deed of Trust, a foreclosure sale of your property, and other remedies available to the lender/mortgage company.

You have the right to reinstate the loan after acceleration, in accordance with the terms of the Note and Deed of Trust.

You have the right to bring a court action to assert the non-existence of a default or any other legal defense to acceleration and sale.

You should be aware, if a foreclosure action is commenced and filed, all expenses, costs and fees will be borne by you and that **SECOND CHANCE HOME LOANS LLC** may report your payment history to the appropriate credit reporting agencies, which will become a part of your credit file.

In addition, you should be aware that the Tax Reform Acts of 1984 and 1986 requires that a foreclosure action be reported to the Internal Revenue Service. The lender's acquisition of this property, which is the security for your debt, could have negative tax consequences for you.

This matter is serious and you may want to seek legal counsel in order to have your legal rights explained and protected.

**SECOND CHANCE HOME LOANS LLC would like to avoid acceleration and foreclosure if possible. Please contact Allied Servicing Corporation at 509-893-0240 to discuss payment options to settle this matter and avoid foreclosure of your home.**

*Call Us! Write Us! Email Us!*

SPECIAL DEFAULT SERVICES, INC. IS A DEBT COLLECTOR.
ANY INFORMATION PROVIDED WILL BE USED FOR THAT PURPOSE.

# Alternatives to Foreclosure

## IF YOU WANT TO KEEP YOUR HOME

**If you want to keep your home, we can work with you to avoid foreclosure. Please review the options that might be available to you.**

☐ *Forbearance Plan:* An agreement to temporarily let you pay less than the full amount of your mortgage payment, or pay nothing at all, during the forbearance period. Your lender may consider a forbearance when you can show funds from a bonus, tax refund, or other source of future income that will allow you bring the mortgage current or qualify for a repayment plan or loan modification at the end of the forbearance period.

☐ *Reinstatement of Your Loan:* You would pay the total amount past due in one lump sum by a specified date.

☐ *Repayment Plan:* An agreement that gives you a fixed payment amount of time to repay the amount you are behind by combining a portion of what is past due with your regular mortgage payment. At the end of the repayment period you will have gradually paid back the amount of your mortgage that was delinquent.

☐ *Modification: This is a written agreement between you and the lender that permanently changes the terms of the loan that in some instances may make your payments more affordable. Common loan modifications include:*

1. Adding missed payments to your existing loan balance.
2. Making an adjustable-rate mortgage into a fixed-rate mortgage.
3. Extending the number of years you have to pay to a longer term.

☐ *Deed in Lieu of Foreclosure:* Under certain circumstances, you would voluntarily transfer ownership of your property to the lender in exchange for cancellation of your mortgage debt. In most cases, you must attempt to sell your home for its fair market value for at least 90 days. You will be given a specific period of time to relocate. This option may not be available to you if there are other liens or judgments on your home.

☐ *Short Payoff (aka Short Sale):* If you can sell your house but the sales proceeds are less than the total amount you owe on your mortgage, your lender may agree to a short payoff and write off the portion of your mortgage that exceeds the net proceeds from the sale.

☐ *Assumption of Your Loan:* This option permits a qualified buyer to take over your mortgage debt and pay the payments, even if the mortgage is non-assumable.

Complete the enclosed form and return it in the enclosed self-addressed envelope. You can contact your lender or **Special Default Services, Inc.** to find out if you qualify for one of the enclosed *Alternatives to Foreclosure*.

**SECOND CHANCE HOME LOANS LLC would like to avoid acceleration and foreclosure if possible. Please contact Allied Servicing Corporation at 509-893-0240 to discuss payment options to settle this matter and avoid foreclosure of your home.**

*Call Us! Write Us! Email Us!*

SPECIAL DEFAULT SERVICES, INC. IS A DEBT COLLECTOR.
ANY INFORMATION PROVIDED WILL BE USED FOR THAT PURPOSE.

<u>Time is of the essence: this information will enable us to determine what option is best suited to keep your home from being foreclosed upon.  Please return the requested information via fax to (949) 252-8330, or mail to</u>:

Special Default Services, Inc.
Attention: Save My Home
17100 Gillette Ave
Irvine, CA 92614

We hope you will review the attached *Alternatives to Foreclosure and return the enclosed forms so that we can work with you to save your property from foreclosure.  If you have any questions, please contact* SECOND CHANCE HOME LOANS LLC.  If you have any difficulty connecting with SECOND CHANCE HOME LOANS LLC please contact our office at (844) 706-4182.

Sincerely,

Special Default Services, Inc.

_____
By: Lisa Welch, Trustee Sales Officer

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.  However, a secured party retains rights under its security instrument, including the right to foreclose its lien.

**SECOND CHANCE HOME LOANS LLC would like to avoid acceleration and foreclosure if possible. Please contact Allied Servicing Corporation at 509-893-0240 to discuss payment options to settle this matter and avoid foreclosure of your home.**