UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MICHAEL CORTEZ, an individual; and ANTOINETTE CORTEZ, an individual,<br><br>        Plaintiffs,<br><br>   v.<br><br>SECOND CHANCE HOME LOANS, LLC, a business entity; ALLIED SERVICING CORPORATION, a business entity; PNC BANK, NATIONAL ASSOCIATION, a business entity; and DOES 1-50, inclusive,<br><br>        Defendants. | No. 2:18-cv-1896 WBS EFB<br><br>ORDER RE: TEMPORARY RESTRAINING ORDER |

----oo0oo----

       Plaintiffs Michael Cortez and Antoinette Cortez brought this action against defendants Second Chance Home Loans, LLC and PNC Bank, National Association ("PNC Bank") for defendants alleged mishandling of plaintiffs' loan and wrongful foreclosure of plaintiffs' property located at 901 Innisfree Ct., Vallejo, CA 94591.  Before the court is plaintiffs' Ex Parte Motion for

1

Temporary Restraining Order filed July 6, 2018. (Docket No. 3.) Plaintiffs seek to enjoin the foreclosure sale of their property, which is currently scheduled for July 10, 2018 at 10:30 a.m. The court held a hearing on plaintiffs' motion at 1:30 p.m. on July 9, 2018.

After hearing, it is HEREBY ORDERED that plaintiffs' Motion for a Temporary Restraining Order be, and the same hereby is, GRANTED, upon the condition that plaintiffs post a cash bond in the amount of $5,000 by July 10, 2018. Plaintiffs shall file a motion for preliminary injunction by July 10, 2018. Defendant shall respond to the motion on or before July 16, 2018, and plaintiffs shall file their reply on or before July 18, 2018. The court will hear the motion for preliminary injunction on July 23, 2018, at 1:30 p.m. If the court denies plaintiffs' motion, the $5,000 will shall forfeited to defendant.

Prior to the hearing on the motion for preliminary injunction, defendant may record a new notice of sale, and take all the necessary steps to do so, provided the sale date is no earlier than 30 days from the date of this Order.

IT IS SO ORDERED.

Dated: July 9, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE