1 SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
2 JOSHUA L. SCHEER #242722
JONATHAN SEIGEL #168224
3 155 N. Redwood Drive, Suite 100
San Rafael, CA 94903
4 Telephone: (415) 491-8900
Facsimile: (415) 491-8910
5 ASC.100-003S

6
Attorneys for
7 Defendants SECOND CHANCE HOME LOANS, LLC and
ALLIED SERVICING CORPORATION
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL B. CORTEZ, an individual; and ANTOINETTE A. CORTEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SECOND CHANCE HOME LOANS, LLC, a business entity; ALLIED SERVICING CORPORATION, a business entity; PNC BANK, NATIONAL ASSOCIATION, a business entity; and DOES 1-50, inclusive<br><br>Defendants. | Case No.: 2:18-cv-01896-WBS-EFB<br>Honorable William B. Shubb<br>Courtroom 5, 14th Floor<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Current Hearing Date: July 23, 2018<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor |

Plaintiffs MICHAEL B. CORTEZ and ANTOINETTE A. CORTEZ ("Plaintiffs") and Defendants SECOND CHANCE HOME LOANS, LLC and ALLIED SERVICING CORPORATION ("Defendants"), through undersigned counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for a Preliminary Injunction, currently set for July 23, 2018, at 1:30 p.m. in Courtroom 5, 14th Floor, be continued

STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR A PRELIMINARY JUDGMENT

1

to July 30, 2018, at 1:30 p.m., in Courtroom 5, 14th Floor. Defendants' opposition papers to be filed by July 23, 2018, and Plaintiffs' reply papers to be filed by July 25, 2018.

Respectfully Submitted,

DATED: July 13, 2018					SHAPERO LAW FIRM

						By:	/s/ Sarah Shapero_____
							SARAH SHAPERO
							Attorney for Plaintiffs
							(Authorized via email on 7/12/18)

DATED: July 13, 2018					SCHEER LAW GROUP, LLP

						By:	/s/Jonathan Seigel, Esq._____
							Attorneys for Defendants
							SECOND CHANCE HOME LOANS, LLC and
							ALLIED SERVICING CORPORATION

**ORDER**

Pursuant to the parties' stipulation, the Court makes the following order:

The hearing for the Motion for a Preliminary Injunction, currently set for July 23, 2018, at 1:30 p.m. in Courtroom 5, 14th Floor, IS CONTINUED TO July 30, 2018, at 1:30 p.m., in Courtroom 5, 14th Floor. Defendants' opposition papers shall be filed by July 23, 2018, and Plaintiffs' reply papers shall be filed by July 25, 2018.

**IT IS SO ORDERED.**

Dated: July 13, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE