1  SCHEER LAW GROUP, LLP
   SPENCER P. SCHEER #107750
2  JOSHUA L. SCHEER #242722
   JONATHAN SEIGEL #168224
3  155 N. Redwood Drive, Suite 100
   San Rafael, CA 94903
4  Telephone: (415) 491-8900
   Facsimile: (415) 491-8910
5  ASC.100-003S

6
   Attorneys for
7  Defendants SECOND CHANCE HOME LOANS, LLC and
   ALLIED SERVICING CORPORATION
8

9               **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| MICHAEL B. CORTEZ, an individual; and ANTOINETTE A. CORTEZ, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> SECOND CHANCE HOME LOANS, LLC, a business entity; ALLIED SERVICING CORPORATION, a business entity; PNC BANK, NATIONAL ASSOCIATION, a business entity; and DOES 1-50, inclusive <br><br> Defendants. | Case No.: 2:18-cv-01896-WBS-EFB <br> Honorable William B. Shubb <br> Courtroom 5, 14th Floor <br><br> **AMENDED STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Current Hearing Date: August 13, 2018 <br> Time: 1:30 p.m. <br> Courtroom: 5, 14th Floor |

Plaintiffs MICHAEL B. CORTEZ and ANTOINETTE A. CORTEZ ("Plaintiffs") and Defendants SECOND CHANCE HOME LOANS, LLC and ALLIED SERVICING CORPORATION ("Defendants"), through undersigned counsel, hereby stipulate, and respectfully request that the Court so order, that the hearing on the Motion for a Preliminary Injunction, currently set for August 13, 2018, at 1:30 p.m. in Courtroom 5, 14th Floor, be

continued to August 27, 2018, at 1:30 p.m., in Courtroom 5, 14th Floor.   This request for a continuance is made due to the parties ongoing settlement negotiations, in an effort to minimize fees and costs in an effort to resolve this matter.

                                            Respectfully Submitted,

DATED: August 9, 2018                SHAPERO LAW FIRM

                               By:    /s/ Sarah Shapero
                                    SARAH SHAPERO
                                    Attorney for Plaintiffs
                                    (Authorized via email on 7/12/18)

DATED: August 9, 2018                SCHEER LAW GROUP, LLP

                               By:    /s/Jonathan Seigel, Esq.
                                    Attorneys for Defendants
                                    SECOND CHANCE HOME LOANS, LLC and
                                    ALLIED SERVICING CORPORATION

## ORDER

Pursuant to the parties' stipulation, the Court makes the following order:

The hearing for the Motion for a Preliminary Injunction, currently set for August 13, 2018, at 1:30 p.m. in Courtroom 5, 14th Floor, IS CONTINUED TO August 27, 2018, at 1:30 p.m., in Courtroom 5, 14th Floor.

**IT IS SO ORDERED.**

Dated: August 10, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE