**Stuart B. Wolfe (SBN 156471)**
*sbwolfew@wolfewyman.com*
**Joshua M. Bryan (SBN 225230)**
*jmbryan@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 9th Street, Suite 2350**
**Sacramento, CA 95814-2716**
**Telephone: (916) 912-4700**
**Facsimile: (916) 329-8905**

**Attorneys for Defendant**
**PNC BANK, N.A.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. CORTEZ, an individual and ANTONIETTE A. CORTEZ, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SECOND CHANCE HOME LOANS, LLC, a business entity; ALLIED SERVICING CORPORATION, a business entity; PNC BANK, NATIONAL ASSOCIATION; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 2:18-cv-01896-WBS-EFB <br><br> Solano County Superior Court Case No.: FCS051075 <br><br> **ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** <br><br><br><br><br><br> Action Filed: June 26, 2018 |

GOOD CAUSE APPEARING, pursuant to the Stipulation between Plaintiffs and Defendant PNC BANK, N.A.,

IT IS HEREBY ORDERED that the time for Defendant PNC BANK, N.A., to respond to Plaintiffs' Complaint shall be and hereby is extended up to and including August 31, 2018.

**IT IS SO ORDERED.**

Dated: August 17, 2018

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE