SCHEER LAW GROUP, LLP
SPENCER P. SCHEER #107750
JOSHUA L. SCHEER #242722
JONATHAN SEIGEL #168224
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
ASC.100-003S

Attorneys for
Defendants SECOND CHANCE HOME LOANS, LLC and
ALLIED SERVICING CORPORATION

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. CORTEZ, an individual; and ANTOINETTE A. CORTEZ, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> SECOND CHANCE HOME LOANS, LLC, a business entity; ALLIED SERVICING CORPORATION, a business entity; PNC BANK, NATIONAL ASSOCIATION, a business entity; and DOES 1-50, inclusive <br><br> Defendants. | Case No.: 2:18-cv-01896-WBS-EFB <br> Honorable William B. Shubb <br> Courtroom 5, 14th Floor <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Current Hearing Date: August 27, 2018 <br> Time: 1:30 p.m. <br> Courtroom: 5, 14th Floor |

Plaintiffs MICHAEL B. CORTEZ and ANTOINETTE A. CORTEZ ("Plaintiffs") and

Defendants SECOND CHANCE HOME LOANS, LLC, ALLIED SERVICING

CORPORATION and PNC BANK, NATIONAL ASSOCIATION ("Defendants"), through

undersigned counsel, hereby stipulate, and respectfully request that the Court so order, that the

hearing on the Motion for a Preliminary Injunction, currently set for August 27, 2018, at 1:30

STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR A PRELIMINARY
JUDGMENT
1

p.m. in Courtroom 5, 14th Floor, be continued to September 17, 2018, at 1:30 p.m., in Courtroom 5, 14th Floor.  This request for a continuance is made due to the parties ongoing settlement negotiations, in an effort to minimize fees and costs in an effort to resolve this matter.

Respectfully Submitted,

DATED: August 23, 2018      SHAPERO LAW FIRM

              By: /s/ Sarah Shapero_____
                 SARAH SHAPERO
                 Attorney for Plaintiffs
                 (Authorized via email on 8/23/18)

DATED: August 23, 2018      WOLFE & WYMAN LLC

              By: /s/ Joshua M. Bryan, Esq._____
                 Attorneys for Defendant
                 PNC BANK, NATIONAL ASSOCIATION
                 (Authorized via email on 8/23/18)

DATED: August 23, 2018      SCHEER LAW GROUP, LLP

              By: /s/Jonathan Seigel, Esq._____
                 Attorneys for Defendants
                 SECOND CHANCE HOME LOANS, LLC and
                 ALLIED SERVICING CORPORATION

**ORDER**

Pursuant to the parties' stipulation, the Court makes the following order:

The hearing for the Motion for a Preliminary Injunction, currently set for August 27, 2018, at 1:30 p.m. in Courtroom 5, 14th Floor, IS CONTINUED TO September 17, 2018, at 1:30 p.m., in Courtroom 5, 14th Floor.

**IT IS SO ORDERED.**

Dated: August 24, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE