1  OIN
   Sarah Shapero (Bar No. 281748)
   SHAPERO LAW FIRM
2  One Market, Spear Tower, 36th Floor
   San Francisco, California 94105
3  Telephone:  (415) 293-7995
   Facsimile:   (415) 358-4116
4
5  Attorney for Plaintiff,
   MICHAEL B. CORTEZ
   ANTOINETTE A. CORTEZ
6

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL CORTEZ, an individual; and ANTOINETTE CORTEZ, an individual; <br><br> Plaintiff, <br><br> v. <br><br> SECOND CHANCE HOME LOANS, LLC, a business entity; ALLIED SERVICING CORPORATION, a business entity; PNC BANK, NATIONAL ASSOCIATION, a business entity; and DOES 1-50, inclusive <br><br> Defendant | Case No.:  2:18-cv-01896-WBS-EFB <br><br> **STIPULATION FOR WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION; [~~PROPOSED~~] ORDER** <br><br> Date:  September 17, 2018 <br> Time:  1:30 pm <br> Ctrm:  5 |

**STIPULATION FOR WITHDRAWAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs MICHAEL CORTEZ and ANTIONETTE CORTEZ and Defendants PNC BANK, NATIONAL ASSOCIATION, SECOND CHANCE HOME LOANS, LLC and ALLIED SERVICING CORPORATION (the "Parties") hereby stipulate by and through their respective attorneys of record, that Plaintiffs' Motion for a Preliminary Injunction, which is currently scheduled to be heard by this Court on September 17, 2018 be withdrawn and taken off calendar.

**SO STIPULATED.**

DATED: September 13, 2018　　　　WOLFE & WYMAN LLP

By: */s/ Joshua M. Bryan*
　　STUART B. WOLFE
　　JOSHUA M. BRYAN
Attorneys for Defendants
**PNC BANK, N.A.**

DATED: September 13, 2018　　　　SCHEER LAW GROUP, LLP

By: */s/ Jonathan Seigel*
　　JONATHAN SEIGEL
Attorneys for Defendants
**SECOND CHANCE HOME LOANS, LLC and ALLIED SERVICE CORPORATION**

DATED: September 13, 2018　　　　SHAPERO LAW FIRM

By: */s/ Sarah Shapero*
　　SARAH SHAPERO
Attorneys for Plaintiffs
**MICHAEL B. CORTEZ and ANTONIETTE A. CORTEZ**

# **ORDER**

Based upon the joint stipulation of Plaintiffs MICHAEL CORTEZ and ANTIONETTE CORTEZ and Defendants' PNC BANK, NATIONAL ASSOCIATION, SECOND CHANCE HOME LOANS, LLC and ALLIED SERVICING CORPORATION (the "Parties"), and good cause appearing, the Court orders that Plaintiffs' Motion for a Preliminary Injunction, which was scheduled to be heard by this Court on September 17, 2018 is hereby withdrawn and off calendar.

Dated: September 13, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE