**Stuart B. Wolfe (SBN 156471)**
*sbwolfe@wolfewyman.com*
**Joshua M. Bryan (SBN 225230)**
*jmbryan@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 Ninth Street, Suite 2350**
**Sacramento, CA 95814**
**Telephone: (916) 912-4700**
**Facsimile: (916) 329-8905**

**Attorneys for Defendant**
**DITECH FINANCIAL LLC**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. CORTEZ, an individual and ANTONIETTE A. CORTEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SECOND CHANCE HOME LOANS, LLC, a business entity; ALLIED SERVICING CORPORATION, a business entity; PNC BANK, NATIONAL ASSOCIATION; and DOES 1 through 50 inclusive,<br><br>Defendants. | Case No. 2:18-cv-01896-WBS-EFB<br>Solano County Superior Court<br>Case No.: FCS051075<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

GOOD CAUSE APPEARING, pursuant to the Stipulation between Plaintiffs and Defendant DITECH FINANCIAL LLC,

IT IS HEREBY ORDERED that the time for Defendant DITECH FINANCIAL LLC to respond to Plaintiffs' Complaint shall be and hereby is extended up to and including October 19, 2018.

**IT IS SO ORDERED.**

**Dated: October 3, 2018**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
**PROPOSED ORDER-STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**