Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
One Market, Spear Tower, 36th Floor
San Francisco, California 94105
Telephone: (415) 293-7995
Facsimile: (415) 358-4116

Attorney for Plaintiff,
MICHAEL B. CORTEZ
ANTOINETTE A. CORTEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORTEZ, an individual; and ANTOINETTE CORTEZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>SECOND CHANCE HOME LOANS, LLC, a business entity; ALLIED SERVICING CORPORATION, a business entity; PNC BANK, NATIONAL ASSOCIATION, a business entity; and DOES 1-50, inclusive<br><br>Defendant | Case No.: 2:18-cv-01896-WBS-EFB<br><br>**STIPULATION FOR RELEASE OF CASH BOND TO PLAINTIFFS; [PROPOSED] ORDER** |

## STIPULATION FOR WITHDRAWAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs MICHAEL CORTEZ and ANTIONETTE CORTEZ and Defendants PNC BANK, NATIONAL ASSOCIATION, SECOND CHANCE HOME LOANS, LLC and ALLIED SERVICING CORPORATION (the "Parties") hereby stipulate by and through their respective attorneys of record, that the bond payment of $5,000.00 posted by Plaintiffs on July 10, 2018 pursuant to the Order Granting Plaintiffs' Motion for a Temporary Restraining Order dated July 9, 2018 be released to Plaintiffs MICHAEL CORTEZ and ANTIONETTE CORTEZ.

**SO STIPULATED.**

DATED: October 18, 2018      WOLFE & WYMAN LLP

By: /s/ *Joshua M. Bryan*
    STUART B. WOLFE
    JOSHUA M. BRYAN
Attorneys for Defendants
**PNC BANK, N.A.**

DATED: October 18, 2018      SCHEER LAW GROUP, LLP

By: /s/ *Jonathan Seigel*
    JONATHAN SEIGEL
Attorneys for Defendants
**SECOND CHANCE HOME LOANS, LLC and ALLIED SERVICE CORPORATION**

DATED: October 17, 2018      SHAPERO LAW FIRM

By: /s/ *Sarah Shapero*
    SARAH SHAPERO
Attorneys for Plaintiffs
**MICHAEL B. CORTEZ and ANTONIETTE A. CORTEZ**

## ORDER

Based upon the joint stipulation of Plaintiffs MICHAEL CORTEZ and ANTIONETTE CORTEZ and Defendants' PNC BANK, NATIONAL ASSOCIATION, SECOND CHANCE HOME LOANS, LLC and ALLIED SERVICING CORPORATION (the "Parties"), and good cause appearing, the Court orders that the Clerk of Court return to Plaintiffs MICHAEL CORTEZ and ANTIONETTE CORTEZ the $5,000.00 bond that was posted with the Clerk on July 10, 2018.

Dated: October 19, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE