Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
One Market, Spear Tower, 36th Floor
San Francisco, California 94105
Telephone: (415) 293-7995
Facsimile: (415) 358-4116

Attorney for Plaintiff,
MICHAEL B. CORTEZ
ANTOINETTE A. CORTEZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CORTEZ, an individual; and ANTOINETTE CORTEZ, an individual;<br><br>Plaintiff,<br><br>v.<br><br>SECOND CHANCE HOME LOANS, LLC, a business entity; ALLIED SERVICING CORPORATION, a business entity; PNC BANK, NATIONAL ASSOCIATION, a business entity; and DOES 1-50, inclusive<br><br>Defendant | Case No.: 2:18-cv-01896-WBS-EFB<br><br>**STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Date: January 14, 2019<br>Time: 1:30 pm<br>Ctrm: 5 |

1

STIPULATION FOR CONTINUANCE OF INITIAL SCHEDULING CONFERENCE

# STIPULATION FOR WITHDRAWAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs MICHAEL CORTEZ and ANTIONETTE CORTEZ and Defendant PNC BANK, NATIONAL ASSOCIATION (the "Parties") hereby stipulate by and through their respective attorneys of record, that the Initial Scheduling Conference, currently set for January 14, 2019, be continued for at least two months. This request for a continuance is based off the fact that the case is not yet at issue.

**SO STIPULATED.**

DATED: January 2, 2019                WOLFE & WYMAN LLP

By: */s/ Joshua M. Bryan*
    STUART B. WOLFE
    JOSHUA M. BRYAN
Attorneys for Defendants
**PNC BANK, N.A.**

DATED: January 2, 2019                SHAPERO LAW FIRM

By: */s/ Sarah Shapero*
    SARAH SHAPERO
Attorneys for Plaintiffs
**MICHAEL B. CORTEZ and ANTONIETTE A. CORTEZ**

# **ORDER**

Based upon the joint stipulation of Plaintiffs MICHAEL CORTEZ and ANTIONETTE CORTEZ and Defendant PNC BANK, NATIONAL ASSOCIATION (the "Parties"), and good cause appearing, the Court orders that the Initial Scheduling Conference scheduled for January 14, 2019 at 1:30 pm is continued to March 18, 2019 at 1:30 pm. A Joint Status Report shall be filed no later than March 4, 2019.

Dated: January 2, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE