**Stuart B. Wolfe (SBN 156471)**
*sbwolfe@wolfewyman.com*
**Jonathan C. Cahill (SBN 287260)**
*jccahill@wolfewyman.com*
**WOLFE & WYMAN LLP**
**980 9th Street, Suite 2350**
**Sacramento, CA 95814-2716**
**Telephone: (916) 912-4700**
**Facsimile: (916) 329-8905**

**Attorneys for Defendant**
**PNC BANK, N.A.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. CORTEZ, an individual and ANTONIETTE A. CORTEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SECOND CHANCE HOME LOANS, LLC, a business entity; ALLIED SERVICING CORPORATION, a business entity; PNC BANK, NATIONAL ASSOCIATION; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01896-WBS-EFB<br><br>Solano County Superior Court Case No.: FCS051075<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANT PNC BANK, N.A.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Current Hearing Date: February 19 2019<br>Current Hearing Time: 1:30 p.m.<br>Ctrm: 5t, 14th Floor<br><br>Continued Hearing Date: March 11, 2019<br>Continued Hearing Time: 1:30 p.m.<br><br>Action Filed: June 26, 2018 |

**TO THE COURT AND ALL COUNSEL OF RECORD HEREIN:**

WHEREAS, the Motion to Dismiss filed by Defendant PNC BANK, N.A. ("PNC"), in regard to Plaintiffs MICHAEL B. CORTEZ and ANTONIETTE A. CORTEZ's ("Plaintiffs") Complaint is currently set for hearing on February 19, 2019 at 1:30 p.m., in Courtroom 5, 14th Floor in the above-captioned Court;

WHEREAS, Plaintiffs' counsel, due to an unforeseeable conflict, is unable to attend the current hearing on PNC's Motion to Dismiss;

WHEREAS, the Parties are currently attempting to resolve this matter, potentially before incurring the further costs of the above referenced hearings and other costs.

## **STIPULATION**

The Parties, by and through their counsel of record hereby STIPULATE and AGREE to continue the hearing on PNC's Motion to Dismiss to March 11, 2019 at 1:30 p.m., in the above-captioned Court or to the next available date that is convenient to the Court

**IT IS SO STIPULATED.**

DATED: February 5, 2019 　　　　　　　WOLFE & WYMAN LLP

　　　　　　　　　　　　　　　　　　　By: */s/ Jonathan C. Cahill*
　　　　　　　　　　　　　　　　　　　　　STUART B. WOLFE
　　　　　　　　　　　　　　　　　　　　　JONATHAN C. CAHILL
　　　　　　　　　　　　　　　　　　　**Attorneys for Defendant**
　　　　　　　　　　　　　　　　　　　**PNC BANK, N.A.**

DATED: February 5, 2019 　　　　　　　SHAPERO LAW FIRM

　　　　　　　　　　　　　　　　　　　By: */s/ Sarah Shapero* (authorized 2/5/19)
　　　　　　　　　　　　　　　　　　　　　SARAH SHAPERO
　　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiffs**
　　　　　　　　　　　　　　　　　　　**MICHAEL B. CORTEZ and ANTONIETTE**
　　　　　　　　　　　　　　　　　　　**A. CORTEZ**

## ORDER

Having considered the above Stipulation of the Parties, and good cause appearing, the hearing on the Motion to Dismiss Filed by PNC Bank, N.A to Plaintiffs' Complaint is hereby continued to March 11, 2019 at 1:30 p.m.in the above entitled Court.   The Scheduling Conference is continued from March 18, 2019 to April 15, 2019.  A Joint Status Report shall be filed no later than April 1, 2019.

**IT IS SO ORDERED.**

Dated:  February 6, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE