Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM
One Market, Spear Tower, 36th Floor
San Francisco, California 94105
Telephone: (415) 293-7995
Facsimile: (415) 358-4116

Attorney for Plaintiffs,
MICHAEL B. CORTEZ
ANTOINETTE A. CORTEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. CORTEZ, an individual and ANTONIETTE A. CORTEZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SECOND CHANCE HOME LOANS, LLC, a business entity; ALLIED SERVICING CORPORATION, a business entity; PNC BANK, NATIONAL ASSOCIATION; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01896-WBS-EFB<br><br>Solano County Superior Court Case No.: FCS051075<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE HEARING AND ORDER**<br><br>Action Filed: June 26, 2018 |

**TO THE COURT AND ALL COUNSEL OF RECORD HEREIN:**

WHEREAS, the Parties have agreed to settle this matter without the need for additional litigation;

WHEREAS, the Parties expect that a Notice of Dismissal of this action will be filed within sixty days (60) from the date of this stipulation;

WHEREAS, the Parties agree that the pending Motion to Dismiss shall be taken off calendar;

WHEREAS, the Parties agree that the Case Management Conference shall be continued to no

1
**NOTICE OF SETTLEMENT**

sooner than April 26, 2019 to allow the Parties time to finalize the settlement.

## STIPULATION

The Parties, by and through their counsel of record hereby notify the Court that this action is settled and this action will be dismissed within 60 days. Thus, the Parties STIPULATE and AGREE to vacate or continue the currently scheduled Motion to Dismiss and Case Management Conference hearings to take place no sooner than April 26, 2019 to allow the parties time to finalize the settlement.

**IT IS SO STIPULATED.**

DATED: February 26, 2019         WOLFE & WYMAN LLP

By: */s/ Jonathan C. Cahill*
     STUART B. WOLFE
     JONATHAN C. CAHILL
**Attorneys for Defendant**
**PNC BANK, N.A.**

DATED: February 26, 2019         SHAPERO LAW FIRM

By: */s/ Sarah Shapero*
     SARAH SHAPERO
**Attorneys for Plaintiffs**
**MICHAEL B. CORTEZ and ANTONIETTE A. CORTEZ**

## ORDER

Having considered the above Stipulation of the Parties, and good cause appearing, the March 11, 2019 hearing on the Motion to Dismiss Filed by PNC Bank, N.A to Plaintiffs' Complaint is VACATED. The Scheduling Conference is continued from April 15, 2019 to May 13, 2019 at 1:30p.m. The parties shall file their stipulated dismissal no later than April 29, 2019, or a Joint Status Report by that date if settlement has not been finalized.

**IT IS SO ORDERED.**

Dated: February 26, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE